[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1427

 UNITED STATES,

 Appellee,

 v.

 MICHAEL MERRIC,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MAINE

 [Hon. Morton A. Brody, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Boudin and Stahl, Circuit Judges. 

 

Michael Merric on brief pro se. 
Jay P. McCloskey, United States Attorney, and Margaret D. 
McGaughey, Assistant United States Attorney, on Memorandum of Law in 
Support of Motion Pursuant to Loc. R. 27.1 for Summary Disposition for
appellee.

 

 AUGUST 19, 1997
 

 Per Curiam. Assuming without deciding that we have 

jurisdiction to hear this appeal, and having carefully

reviewed the briefs and record, we find no clear error in the

order of commitment pursuant to 18 U.S.C. 4241(d). 

 We will not second-guess the district court's

determination of the credibility of the psychiatric reports,

even supposing that issue of credibility was not waived

before the district court. Further, in the context of this

interlocutory appeal from the 4241(d) commitment order, we

have no call to review defendant's complaints about his

medication and the underlying criminal charges.

 The order is affirmed. See 1st Cir. Loc. R. 27.1. 

 Appellant's motion for stay pending appeal is denied as 

moot.

 -2-